IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DAVID NACIANCENO<br>    Plaintiff, | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO_____ |
| UNITED PROPERTY & CASUALTY<br>INSURANCE COMPANY,<br>    Defendant. | §<br>§<br>§<br>§ | JURY DEMAND |

## DEFENDANT UNITED PROPERTY AND CASUALTY INSURANCE COMPANY'S NOTICE OF REMOVAL

Defendant United Property and Casualty Insurance Company ("UPC") files this Notice of Removal:

### I.   Background

1. On July 19, 2016, Plaintiff David Nacianceno ("Plaintiff") filed this lawsuit in Hidalgo County, Texas, against United Property & Casualty Insurance Company.

2. Plaintiff served UPC with a copy of the Petition on August 8, 2016.

3. UPC files this notice of removal within 30 days of receiving Plaintiff's initial pleading.  *See* 28 U.S.C. § 1446(b).  In addition, this Notice of Removal is being filed within one year of the commencement of this action.  *See id.*

4. As required by Local Rule 81 and 28 U.S.C. § 1446(a), simultaneously with the filing of this notice of removal, attached hereto as Exhibit "A" is an index of matters being filed. A copy of the Case Summary Sheet is attached as Exhibit "B."  A copy of the Civil Case Information Sheet is attached hereto as Exhibit "C."  A copy of Plaintiff's Original Petition is attached as Exhibit "D" and a copy of the citation issued to UPC is attached as Exhibit "E." A copy of UPC's Original Answer to Plaintiff's Original Petition is attached as Exhibit "F."  The

list of Counsel and Parties to the Case is attached as Exhibit "G." A copy of this Notice is also being filed with the state court and served upon the Plaintiff.

5. Venue is proper in this Court under 28 U.S.C. § 1441(a) because this district and division embrace Hidalgo County, Texas, the place where the removed action has been pending.

## II. Basis for Removal

6. Removal is proper based on diversity of citizenship under 28 U.S.C. §§ 1332(a), 1441(a) and 1446. This is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

**A. The Proper Parties Are Of Diverse Citizenship.**

7. Plaintiff is, and was at the time the lawsuit was filed, a resident and citizen of Texas.

8. UPC was at the time this action was commenced, and still is, a foreign (Florida) property and casualty insurance company authorized to do business in the State of Texas. UPC is organized under Chapter 982 of the Texas Insurance Code.

9. Because Plaintiff is a citizen of Texas and Defendant UPC is a citizen of Florida, complete diversity of citizenship exists among the parties.

**B. The Amount in Controversy Exceeds $75,000.00.**

10. This is a civil action in which the amount in controversy exceeds $75,000.00. Plaintiff's Petition expressly alleges that "Plaintiff seeks monetary relief over $100,000.00 but not more than $200,000.00." *See* Exhibit C § VIII.

## III. Conclusion and Prayer

11. Accordingly, all requirements are met for removal under 28 U.S.C. §§ 1332 and 1441. UPC hereby removes this case to this Court for trial and determination.

Respectfully submitted,

/s/ Rhonda J. Thompson
**RHONDA J. THOMPSON, ATTORNEY-IN-CHARGE**
rthompson@thompsoncoe.com
State Bar No. 24029862
Southern District No.: 17055
**SHANNON BECK**
sbeck@thompsoncoe.com
State Bar No. 24092102
Southern District No.: 2715159

THOMPSON, COE, COUSINS & IRONS, LLP.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

**COUNSEL FOR DEFENDANT**
**UNITED PROPERTY & CASUALTY**
**INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

This is to certify that on the 7th day of September, 2016, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

Ben Crowell
Speights & Worrich
1350 North Loop 1604 E., Suite 104
San Antonio, TX 78232
Fax: (210) 495-6790
bcrowell@speightsfirm.com
*Counsel for Plaintiff*

/s/ Rhonda J. Thompson
Rhonda J. Thompson