United States District Court
Southern District of Texas
**ENTERED**
January 05, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DAVID NACIANCENO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-540 |
| | § | |
| UNITED PROPERTY & CASUALTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court now considers the "Joint Stipulation of Dismissal with Prejudice,"[1] filed by David Nacianceno ("Plaintiff") and United Property & Casualty Insurance Company ("Defendant"), announcing to the Court that Plaintiff seeks to dismiss this suit and that Defendant agrees to dismissal of Plaintiff's claims. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties. Since the stipulation of dismissal is signed by both Plaintiff and Defendant, the only parties in the case, the parties have effectively dismissed the case and no further action by this Court is necessary. Thus, the Clerk of Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 5th day of January, 2017.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 12.